UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| SHERRY GAUL, individually and on Behalf of all others similarly situated | ) ) ) | Case No.: 01: 21-CV-01313 |
| And | ) ) ) | |
| Plaintiff, | ) ) ) ) | MOTION FOR EXTENSION OF TIME PURSUANT TO FED. R. CIV. P. 6 B |
| v. | ) ) | |
| CHECKPEOPLE, LLC | ) ) ) | Action Filed: |
| | ) ) | Hearing Date: |
| Defendant. | ) | Trial Date:    Not yet |

### DEFENDANT'S AMENDED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

NOW COMES Defendant CHECKPEOPLE, LLC, (hereinafter "Defendant") by and through its undersigned counsel, and pursuant to Rule 6(b), hereby submits its Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support state as follows:

1. Plaintiffs Sherry Gaul, individually and on behalf of all the similarly situated individuals filed their complaint on November 1, 2021.

2. The Defendant CHECKPEOPLE, LLC was served on November 2, 2021. Defendant was required to file a responsive pleading by November. 30, 2021.

3. Defendant Checkpeople, LLC retained counsel on November 10, 2021 and counsel had to be admitted to the Central District of Illinois which was only allowed on November 24, 2021.

4. Defendant Checkpeople, LLC filed their appearance as soon as they were admitted on November 29, 2021.

5. Due to the delays of the admission process along with the need to review all of the facts of the case to properly respond to the complaint, Defendant seeks a twenty-eight (28) day extension.

6. Defendant has notified the Plaintiff of the need for an extension and Plaintiff has no objection to the matter.

7. Neither party will be prejudiced if this Court enters an Order extending the time that Defendant has to file a responsive pleading to the Complaint.

WHEREFORE, Defendant, CHECKPEOPLE, LLC, by and through his undersigned counsel, respectfully requests that this Honorable Court grant this Motion, and allow a 28-day extension for the Defendant to file their responsive pleading to the Complaint and extend all other dates accordingly and award any other relief that the Court sees just and reasonable.

Dated: November 30, 2021

                                                  Respectfully Submitted,

                                                  By: /s/ Vani Vedam
                                                          Vani Vedam

COLE SADKIN, LLC
Mason S. Cole
Dean J. Tatooles
Vani Vedam
1652 W Belmont, Suite 1
Chicago, Illinois 60516
colesadkin.com
(312) 548-8610
mcole@colesadkin.com
dtatooles@colesadkin.com
vvedam@colesadkin.com
Counsel for Defendant
ARDC No. 6287597