**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| SHERRY GAUL and STEPHANIE LUKIS, individually and on behalf of all others similarly situated,<br><br>                               Plaintiff,<br><br>v.<br><br>CHECKPEOPLE, LLC,<br><br>                               Defendant. | Case No. 1:21-cv-01313-JES-JEH<br><br>Honorable Judge James E. Shadid<br><br>Magistrate Judge Jonathan E. Hawley |

**UNOPPOSED MOTION TO EXTEND PRELIMINARY APPROVAL DEADLINE**

      Plaintiffs Sherry Gaul and Stephanie Lukis ("Plaintiffs"), by and through their undersigned counsel, respectfully request a two-week extension of their deadline to file for preliminary approval, and state as follows:

      1.     Plaintiffs and Defendant CheckPeople, LLC (together, "the Parties") filed a Joint Status Report on March 7, 2024 notifying the Court that they had reached a settlement in principle of this action on February 20, 2024. (Dkt. 34.) In a March 8 text order, the Court set a further status report deadline for March 29, 2024.

      2.     On March 21, 2024, Plaintiff Gaul filed—and the Court has since granted—her unopposed motion to amend her Complaint to add Stephanie Lukis as a second named plaintiff and putative class representative. (Dkt. 35.)

      3.     The Parties filed a further joint status report on March 28, 2024, informing the Court that they were continuing to work to finalize the written settlement agreement and requesting a preliminary approval filing deadline of April 26, 2024. (Dkt. 37.)

1:21-cv-01313-JES-JEH    # 38    Filed: 04/19/24    Page 2 of 3

4. On April 1, 2024, the Court set April 26 as Plaintiffs' deadline to file for preliminary approval.

5. The Parties are continuing to make progress on finalizing the fulsome written settlement agreement and all supporting documents; however, additional time is needed to finalize the settlement and obtain signatures from all Parties. Plaintiffs sent Defendant's counsel a draft settlement agreement on March 15, 2024, and Defendant's counsel returned edits on April 19, 2024. The Parties are working expeditiously to finalize the settlement and obtain signatures. Plaintiffs will be prepared to file the preliminary approval motion very shortly after the settlement is finalized.

6. Rule 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

7. Plaintiffs submit that good cause exists to extend their preliminary approval deadline to May 10, 2024, or another similar deadline at the Court's convenience, to allow the Parties to finalize the settlement and to allow Plaintiffs time to incorporate the final settlement into their preliminary approval motion. This extension is not being sought for any improper purpose.

8. Plaintiffs' counsel conferred with Defendant's counsel on April 18-19, 2024 via email; Defendant does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request the Court issue an order extending their preliminary approval deadline to May 10, 2024, or another similar deadline at the Court's convenience, and granting such other and further relief as the Court deems equitable and just.

2

Dated: April 19, 2024

Respectfully submitted,

**SHERRY GAUL** and **STEPHANIE LUKIS**,
individually and on behalf of all others similarly situated

By: /s/ Michael Ovca
One of Plaintiffs' Attorneys

Michael Ovca
movca@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
BURSOR & FISHER, P.A.
pfraietta@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

*Attorneys for Plaintiffs and the putative classes*