# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| SHERRY GAUL and STEPHANIE LUKIS, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>CHECKPEOPLE, LLC,<br><br>        *Defendant*. | Case No. 21-cv-01313<br><br>Hon. James E. Shadid |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiffs, by and through their undersigned counsel, hereby respectfully request that the Court enter an Order granting them leave to file a Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement ("Memorandum") in excess of the Court's fifteen (15) page limit, *instanter*. In support of their motion, Plaintiffs state as follows:

1. Concurrent with this motion, Plaintiffs have filed their Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement.

2. In their Memorandum, Plaintiffs have addressed (i) the factual and procedural posture of the case, (ii) the terms of the Parties' proposed Settlement, (iii) the appropriateness of certifying each proposed Settlement Class, (iv) the appropriateness of granting preliminary approval of the proposed Settlement; and (v) the adequacy of the proposed Notice program. While Plaintiffs have endeavored to address the issues as succinctly as possible, because the Memorandum must address all of the factors for analyzing class action settlements and the adequacy of the notice given to the class, the Memorandum is in excess of the Court's fifteen (15) page limit.

1

3. Specifically, Plaintiff's Memorandum includes a total of forty-one (41) pages of substance.

4. Prior to filing this motion, Plaintiffs' counsel conferred with counsel for Defendant CheckPeople LLC, and Defendant has no objection to the request.

5. Good cause exists to grant this motion and the relief requested herein is not sought for any improper purpose. Indeed, such motions are regularly granted in connection with motions for approval of class action settlements to ensure that all relevant factors can be adequately addressed.

6. WHEREFORE, Plaintiffs respectfully requests that the Court enter an Order (i) granting them leave to file their Memorandum, the substance of which shall not exceed forty-one (41) pages of substance, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**SHERRY GAUL and STEPHANIE LUKIS**, individually and on behalf of all others similarly situated,

Dated: May 7, 2024

By: /s/ Philip L. Fraietta
One of Plaintiff's Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
Michael W. Ovca
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas
32nd Floor

New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Proposed Class Counsel*